# United States District Court
## Violation Notice

CVB Location Code: **VA65**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6367168 | Lamb | 759 |

6367168

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/28/2017 0055H
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 1.5(f)

Place of Offense: Crawford Road Bridge (at Rt Toye Road)

Offense Description: Factual Basis for Charge — Violation of Public Use Limits (Area Closed Sunset - 6am)

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Horacio
First Name: Christopher
M.I.: R

Tag No.: XPD-5387
State: VA
Year: [blank]
Make/Model: Honda/Civic
PASS ☐
Color: Bgndy

☐ A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☒ B — IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 115 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 145.00 Total Collateral Due

### YOUR COURT DATE

Court Address: US District Court, 2400 West Avenue, Newport News, VA
Date: 08/15/2017
Time: 08:30AM

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

CVB SCAN MAY 18, 2017 09:51

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 3rd, 2017** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/03/2017   W. Zu #759
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial driver's license. CMV = Commercial vehicle involved in incident.

CVB SCAN MAY 18, 2017 09:51